ERIC GRANT
United States Attorney
JUSTIN L. GILIO
CALVIN LEE
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099


Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:24-CR-00033-TLN-EPG |
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| JOSE DUENAS, HECTOR DUENAS, EDUARDO MENDOZA SANCHEZ, AND SARAI DUENAS GUTIERREZ, | DATE: May 13, 2026 TIME: 1:00 p.m. COURT: Hon. Erica P. Grosjean |
| Defendants. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendants, by and through defendants' counsels of record, hereby stipulate as follows:

1.    By previous order, this matter was set for status on May 13, 2026.

2.    By this stipulation, defendant now moves to continue the status conference until May 27, 2026, and to exclude time between May 13, 2026, and May 27, 2026, under 18 U.S.C. § 3161(h)(7)(A), B(iv).

3.    The parties agree and stipulate, and request that the Court find the following:

a)    The government has represented that the discovery associated with this case includes financial records, investigative reports, photographs, audio recordings, and digital

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1

forensic data. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

b)    The government has made plea offers to the Defendants. Defendants have been able to review and discuss the plea agreement with counsel. Plea agreements for Defendants Jose Duenas, Hector Duenas, and Eduardo Mendoza Sanchez all expire on the date of the next status conference in this matter, which is currently scheduled for May 13, 2026. Counsel for defendants believe that slightly additional time will aid further discussion of the case towards resolution.

c)    The government is finalizing a plea offer to Defendant Sarai Duenas Gutierrez and intend to have the offer presented to her before the next status conference.

d)    Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

e)    The government does not object to the continuance.

f)    Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

g)    For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of May 13, 2026 to May 27, 2026, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.    Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

2

Dated:  May 8, 2026                             ERIC GRANT
                                                United States Attorney


                                                /s/ CALVIN LEE
                                                CALVIN LEE
                                                Assistant United States Attorney


Dated:  May 8, 2026                             /s/ Nicholas F. Reyes
                                                Nicholas F. Reyes
                                                Counsel for Defendant
                                                Jose Duenas


Dated:  May 8, 2026                             /s/ Anthony Capozzi
                                                Anthony Capozzi
                                                Counsel for Defendant
                                                Hector Duenas


Dated:  May 8, 2026                             /s/ Marc Days
                                                Marc Days
                                                Counsel for Defendant
                                                Eduardo Mendoza Sanchez


Dated:  May 8, 2026                             /s/ Galatea DeLapp
                                                Galatea DeLapp
                                                Counsel for Defendant
                                                Sarai Duenas Gutierrez


**ORDER**

The status conference is continued from May 13, 2026 to **May 27, 2026, at 1:00 p.m. in Courtroom 10 before Magistrate Judge Erica P. Grosjean.**  Time is excluded pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv).


IT IS SO ORDERED.

Dated:  __**May 8, 2026**__                      /s/ _Erica P. Grosjean_
                                                UNITED STATES MAGISTRATE JUDGE


STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

3