ERIC GRANT
United States Attorney
JUSTIN J. GILIO
CALVIN LEE
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>HECTOR DUENAS AND SARAI DUENAS GUTIERREZ,<br><br>Defendants. | CASE NO. 1:24-CR-00033-DAD-SAB<br><br>STIPULATION TO VACATE STATUS CONFERENCE<br><br>DATE: December 14, 2026 |

1. By previous order, this matter was set for a status conference on December 14, 2026, at 9:30 a.m. before Chief District Judge Troy L. Nunley and a Jury Trial on June 8, 2027, before Chief District Judge Troy L. Nunley. The parties also have a hearing set on March 24, 2027, at 09:30 a.m. before Chief District Judge Troy L. Nunley. Speedy Trial time has been excluded up to and including June 8, 2027.

2. There being no need for the status conference on December 14, 2026, the parties have agreed to vacate that status conference, and ask the Court to remove the status conference from the court's calendar.

Dated: November 16, 2026

ERIC GRANT
United States Attorney

/s/ JUSTIN J. GILIO
JUSTIN J. GILIO
Assistant United States Attorney

Dated: November 16, 2026

/s/ Anthony Capozzi
Anthony Capozzi
Counsel for Defendant
HECTOR DUENAS

Dated: November 16, 2026

/s/ Galatea DeLapp
Galatea DeLapp
Counsel for Defendant Sarai
Duenas Gutierrez

## ORDER

Having reviewed the parties' stipulation, and finding no need for the December 14, 2026 status conference, the Court VACATES the status conference on December 14, 2026, at 9:30 a.m. before Chief District Judge Troy L. Nunley. All other hearings and the jury trial in this matter remain as previously set.

IT IS SO ORDERED.

Dated: **November 17, 2026**

/s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE